# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 25, 2015

Robert P. Young, Jr.,
Chief Justice

151888(71)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

IVAN FRANK, JEFFREY DWOSKIN, PHILLIP D.
JACOKES, ROY KRAUTHAMMER, BLAKE
ATLER, MATT KOVALESKI, JAMES BRUNK,
and IJF HOLDINGS, L.L.C.,
          Plaintiffs-Appellees,

v

SC: 151888
COA: 318751
Oakland CC: 2013-133554-CB

JOSHUA LINKNER, BRIAN HERMELIN,
CRACKERJACK, L.L.C., formerly known as
EPRIZE, L.L.C., CRACKERJACK HOLDINGS,
L.L.C., formerly known as EPRIZE HOLDINGS,
L.L.C., DAVID KATZMAN, GARY SHIFFMAN,
ARTHUR WEISS, CAMELOT-EPRIZE, L.L.C, BH
ACQUISITIONS, L.L.C., DANIEL GILBERT, and
JAY FARNER,
          Defendants-Appellants.
_____/

On order of the Chief Justice, the motion of defendants-appellants to extend the time for filing their reply is GRANTED. The reply will be accepted as timely filed if submitted on or before September 15, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 25, 2015

